UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*October 29, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DE AUNDRE DEVOY JONES**,

    Defendant.

Case No.   **4:25-cr-00567**

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment, Supreme Smoke Vape, Vape City (2 locations), and Texas Rock and Roll, are Houston, Texas based companies engaged in the business of the retail purchase and sale of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

## COUNT ONE

Conspiracy to Commit Interference with Commerce by Robbery

Beginning on an unknown date, but no later than on or about January 26, 2025, and continuing through at least on or about January 30, 2025, in the Houston Division of the Southern District of Texas,

**DE AUNDRE DEVOY JONES**

defendant herein, did conspire with others unknown to the grand jury, to unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United

States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully conspire to take and obtain the property of Houston, Texas based companies engaged in the business of the retail purchase and sale of consumer goods which are shipped in interstate commerce and which affect interstate commerce, which was in the possession and custody of an employee of Houston, Texas based companies engaged in the business of the retail purchase and sale of consumer goods which are shipped in interstate commerce and which affect interstate commerce, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT TWO

Aiding and Abetting Interference with Commerce by Robbery

On or about January 26, 2025, in the Houston Division of the Southern District of Texas,

### DE AUNDRE DEVOY JONES

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Supreme Smoke Vape, located at 11460 Fuqua Street, Houston, TX 77034, which was in the possession and custody of an employee of Supreme Smoke Vape, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE

Aiding and Abetting Brandishing a Firearm During and in Relation to a Crime of Violence

On or about January 26, 2025, in the Houston Division of the Southern District of Texas,

**DE AUNDRE DEVOY JONES**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Two.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT FOUR

Aiding and Abetting Interference with Commerce by Robbery

On or about January 28, 2025, in the Houston Division of the Southern District of Texas,

**DE AUNDRE DEVOY JONES**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Vape City, located at 2251 South Highway 6, Houston, Texas, which was in the possession and custody of an employee of Vape City, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE

Aiding and Abetting Brandishing a Firearm During and in Relation to a Crime of Violence

On or about January 28, 2025, in the Houston Division of the Southern District of Texas,

**DE AUNDRE DEVOY JONES**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Four.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT SIX

Aiding and Abetting Interference with Commerce by Robbery

On or about January 28, 2025, in the Houston Division of the Southern District of Texas,

**DE AUNDRE DEVOY JONES**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Vape City, located at 9026 Westheimer Road, Houston, Texas, which was in the possession and custody of an employee of Vape City, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT SEVEN

Aiding and Abetting Brandishing a Firearm During and in Relation to a Crime of Violence

On or about January 28, 2025, in the Houston Division of the Southern District of Texas,

**DE AUNDRE DEVOY JONES**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Six.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT EIGHT

Aiding and Abetting Interference with Commerce by Robbery

On or about January 30, 2025, in the Houston Division of the Southern District of Texas,

**DE AUNDRE DEVOY JONES**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Texas Rock and Roll, located at 132-A FM 1960 Rd. W., Houston, Texas, which was in the possession and custody of an employee of Texas Rock and Roll, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT NINE

Aiding and Abetting Brandishing a Firearm During and in Relation to a Crime of Violence

On or about January 30, 2025, in the Houston Division of the Southern District of Texas,

**DE AUNDRE DEVOY JONES**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Eight.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL:

Original Signature on File
FOREMAN OF THE GRAND JURY

Nicholas Ganjei
United States Attorney

BY: *Benjamin J. Smith*
Benjamin Smith
Special Assistant United States Attorney